# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **KWASI BOAFO MANU,** | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 17-00153-KD-B |
| **UNITED STATES OF AMERICA,**[1] | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Order entered this date granting Defendant's motion for summary judgment, it is hereby **ORDERED, ADJUDGED** and **DECREED** that the claims of Plaintiff Kwasi Boafo Manu against Defendant United States of America are dismissed with prejudice.

DONE and ORDERED this the 6th day of June 2018.

                                         **/s/ Kristi K. DuBose**
                                         **KRISTI K. DuBOSE**
                                         **CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] Defendant Patriot Contract Services, LLC was dismissed from the action in May 2017 (doc. 26).